UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JERMAINE EDWARD CASEY,

    Petitioner,                              No. C 04-4749 PJH (PR)

  v.                                          **JUDGMENT**

JULIE BROWN, Warden,

    Respondent.
_____/

The court having entered a ruling today denying the petition for a writ of habeas corpus, judgment is entered in favor of respondent and against petitioner. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 30, 2007.

                                        PHYLLIS J. HAMILTON
                                        United States District Judge

G:\PRO-SE\PJH\HC.04\CASEY749.JUD.wpd